IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN MONTALVO,**<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>**MALFI, Acting Warden,**<br><br>　　　　　　Respondent. | 2:08-cv-01224-GEB-KJM (HC)<br><br>**ORDER** |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus (Docket No. 30). Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before April 9, 2009.

Dated: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1