IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

        Petitioner,                   No. CIV S-08-1224 GEB KJM P

   vs.

MALFI, Acting Warden,

        Respondent.               ORDER

_____/

       Petitioner has filed a motion for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

       Petitioner has also filed a motion for an extension of time to file an opposition to respondent's April 9, 2009 motion to dismiss. Good cause appearing, it will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's motion for appointment of counsel (Docket No. 33) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

       2. Petitioner's motion for an extension of time (Docket No. 34) is granted; and

3. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondent's motion to dismiss.

DATED: April 23, 2009.

_____
U.S. MAGISTRATE JUDGE

/kly
mont1224.110+111