IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

    Petitioner,                    2:08-cv-1224-GEB-KJM-P

    vs.

MALFI, Acting Warden, et al.,

    Respondents.               ORDER

_____/

        On January 12, 2009, the Magistrate Judge issued an order denying petitioner's motion for a stay of the proceedings. On February 18, 2009, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b) states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of January 12, 2009, is therefore untimely.

///
///
///
///

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 18, 2009, request for reconsideration is denied.

Dated: April 24, 2009

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge