IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

    Petitioner,                    No. CIV S-08-1224 GEB KJM P

    vs.

J. WALKER, Acting Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On March 29, 2010, he filed a motion which the court will interpret as a request for an extension of time in which to file a reply to the answer to his petition.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for clarification (Docket No. 50) is granted and petitioner is given an additional thirty days from the date of this order in which to file a reply to the answer.

DATED: April 7, 2010.

_____
U.S. MAGISTRATE JUDGE

1