IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

    Petitioner,                              No. CIV S-08-1224 KJM DAD (TEMP) P

    vs.

MALFI, Acting Warden,

    Respondent.                           <u>ORDER</u>

_____/

        The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required.

DATED: January 26, 2011.

                                                      UNITED STATES DISTRICT JUDGE

mont1224.rec