IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

    Petitioner,               No. CIV S-08-1224 LKK DAD (TEMP) P

vs.

MALFI, Acting Warden,

    Respondent.            <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. Judgment was entered in this action on February 2, 2011. Therefore, petitioner's motion is denied.

DATED: February 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/md
mont1224.110