IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

    Petitioner,        No. CIV S-08-1224 LKK DAD (TEMP) P

    vs.

MALFI, et al.,

    Respondents.        <u>ORDER</u>

                            /

        Petitioner has filed a second motion for reconsideration of the order dismissing this action. Petitioner still has not provided cause for reconsideration. His motion (#84) is denied.

DATED: September 29, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT