UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTALVO,

        Petitioner,

   v.

K. DICKINSON,

        Respondents.

NO. CIV. S-08-1224 LKK DAD P

O R D E R

Petitioner has filed a third motion for reconsideration of the order adopting the magistrate judge's findings and recommendations and dismissing this action. See Order, ECF No. 74; Order Denying Reconsideration, ECF No. 82; Order Denying Second Mot. for Reconsideration, ECF No. 86. Petitioner has still not provided cause for reconsideration. His motion, ECF No. 87 is DENIED and he may not file another motion to reconsider.

    IT IS SO ORDERED.

    DATED: September 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1